IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCOTT J. MELNICK | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE WHITE HOUSE, et. al. | : | No. 14-CV-2855 |

AND NOW, this 8th day of September, 2014, IT IS HEREBY ORDERED that Plaintiff's Complaint (Doc. # 1) is dismissed with prejudice pursuant to Fed. R. Civ. P. 12(b)(1). IT IS FURTHER ORDERED that the Clerk of Court is directed to mark this case CLOSED and no future pleadings shall be docketed or the requisite filing fees accepted from Melnick without my PRIOR approval.

BY THE COURT:

s/J.William Ditter, Jr.
J. WILLIAM DITTER, JR., J.